[No. 47101-9-II. Division Two. June 28, 2016.]

SHARON D. ROSE, *Appellant*, v. JOHN C. ZIMMERMAN, JR., *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-2-06890-2, Elizabeth P. Martin, J., entered December 11, 2014. *Affirmed* by unpublished opinion per Sutton, J., concurred in by Bjorgen, C.J., and Maxa, J.

[No. 47292-9-II. Division Two. June 28, 2016.]

MERIDIAN PLACE, LLC, *Respondent*, v. JOHN HAUGHNEY ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-2-08784-6, John R. Hickman, J., entered February 6, 2015. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Melnick and Sutton, JJ.

[No. 47336-4-II. Division Two. June 28, 2016.]

*In the Matter of the Detention of* GEORGE EDWARD HANCOCK, JR.

Appeal from a judgment of the Superior Court for Kitsap County, No. 14-2-01409-2, Jay B. Roof, J., entered February 26, 2015. *Affirmed* by unpublished opinion per Lee, J., concurred in by Bjorgen, C.J., and Worswick, J.

[No. 47528-6-II. Division Two. June 28, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. LEO FANNON, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 14-1-01367-9, Stephen M. Warning, J., entered April 14, 2015. *Affirmed* by unpublished opinion per Bjorgen, C.J., concurred in by Worswick and Maxa, JJ.